TIMOTHY F. BRODERICK, Respondent, v. CAULDWELL-WINGATE COMPANY, INC., Appellant, et al., Defendants.— In an action by plaintiff, an employee of a subcontractor, against Cauldwell-Wingate Company, Inc., the general contractor, based upon the negligence of its superintendent, the Cauldwell-Wingate Company, Inc., appeals from a judgment, entered upon the jury's verdict in plaintiff's favor, after a retrial. Judgment unanimously affirmed, with costs. (*Broderick* v. *Cauldwell-Wingate Co.,* 301 N. Y. 182.) Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.